# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Flanagan, Louise W. | US District Court, NC | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US Courthouse
413 Middle Street
New Bern, NC 28560

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Citizens Bank | Mortgage on Rental Property, Morehead City, NC (Part VII, line 2) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Deposits at First Citizens Bank | A | Interest | J | T | | | | | |
| 2. | Rental Property, Morehead City, NC ($330,000, 7/14/2017) | E | Rent | N | R | | | | | |
| 3. | Receivable-Noucoux UN, LLC (Buyout of LLC Interest) (X) | C | Interest | M | T | | | | | |
| 4. | Scholars Choice 529 Plan, Balance 50/50 Portfolio NO CONTROL | | None | K | T | Sold (part) | 03/23/18 | J | A | |
| 5. | | | | | | Sold (part) | 05/17/18 | J | A | |
| 6. | | | | | | Sold (part) | 07/23/18 | J | A | |
| 7. | | | | | | Sold (part) | 09/04/18 | J | A | |
| 8. | | | | | | Sold (part) | 10/30/18 | J | A | |
| 9. | | | | | | Sold (part) | 11/26/18 | J | A | |
| 10. | | | | | | Sold (part) | 12/28/18 | J | A | |
| 11. | Reliance MetLife Series 25053 (formerly MET GAC Series) | | None | O | T | Sold (part) | 01/08/18 | J | A | |
| 12. | | | | | | Buy (add'l) | 02/08/18 | J | | |
| 13. | | | | | | Sold (part) | 02/28/18 | J | A | |
| 14. | | | | | | Sold (part) | 03/16/18 | K | C | |
| 15. | | | | | | Sold (part) | 04/11/18 | J | A | |
| 16. | | | | | | Sold (part) | 05/24/18 | J | A | |
| 17. | | | | | | Buy (add'l) | 05/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/02/18 | J | A | |
| 19. | | | | | Buy (add'l) | 08/10/18 | L | | |
| 20. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 21. | | | | | Sold (part) | 09/05/18 | J | A | |
| 22. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 23. | | | | | Sold (part) | 11/08/18 | J | A | |
| 24. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 25. | | | | | Sold (part) | 12/06/18 | J | A | |
| 26. | | | | | Sold (part) | 12/26/18 | J | A | |
| 27. Fidelity 500 Index Inv | B | Dividend | M | T | Buy | 11/05/18 | M | | |
| 28. | | | | | Sold (part) | 11/08/18 | J | A | |
| 29. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 30. | | | | | Sold (part) | 12/06/18 | J | A | |
| 31. | | | | | Sold (part) | 12/26/18 | J | A | |
| 32. Fidelity 500 Index Institutional | B | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 33. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 34. | | | | | Sold (part) | 02/28/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 03/16/18 | J | A | |
| 36. | | | | | Sold (part) | 04/11/18 | J | A | |
| 37. | | | | | Sold (part) | 05/24/18 | J | A | |
| 38. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 39. | | | | | Sold (part) | 07/02/18 | J | A | |
| 40. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 41. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 42. | | | | | Sold (part) | 09/05/18 | J | A | |
| 43. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 44. | | | | | Sold | 11/05/18 | M | D | |
| 45. Fidelity ExtMkt Index Inv | C | Dividend | L | T | Buy | 11/05/18 | L | | |
| 46. | | | | | Sold (part) | 11/08/18 | J | A | |
| 47. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 48. | | | | | Sold (part) | 12/06/18 | J | A | |
| 49. | | | | | Sold (part) | 12/26/18 | J | A | |
| 50. Fidelity Extended Market Index Premium | A | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 51. | | | | | Buy (add'l) | 02/08/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/28/18 | J | A | |
| 53. | | | | | Sold (part) | 03/16/18 | J | A | |
| 54. | | | | | Sold (part) | 04/11/18 | J | A | |
| 55. | | | | | Sold (part) | 05/24/18 | J | A | |
| 56. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 57. | | | | | Sold (part) | 07/02/18 | J | A | |
| 58. | | | | | Buy (add'l) | 08/10/18 | K | | |
| 59. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 60. | | | | | Sold (part) | 09/05/18 | J | A | |
| 61. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 62. | | | | | Sold | 11/05/18 | L | A | |
| 63. Europacific Growth R6 | C | Dividend | K | T | Sold (part) | 01/08/18 | J | A | |
| 64. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 65. | | | | | Sold (part) | 02/28/18 | J | A | |
| 66. | | | | | Sold (part) | 03/16/18 | J | B | |
| 67. | | | | | Sold (part) | 04/11/18 | J | A | |
| 68. | | | | | Sold (part) | 05/24/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 70. | | | | | Sold (part) | 07/02/18 | J | A | |
| 71. | | | | | Sold (part) | 08/10/18 | K | C | |
| 72. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 73. | | | | | Sold (part) | 09/05/18 | J | A | |
| 74. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 75. | | | | | Sold (part) | 11/08/18 | J | A | |
| 76. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 77. | | | | | Sold (part) | 12/06/18 | J | A | |
| 78. | | | | | Sold (part) | 12/26/18 | J | A | |
| 79. Mainstay Large Cap Growth I | E | Dividend | M | T | Sold (part) | 01/08/18 | J | A | |
| 80. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 81. | | | | | Sold (part) | 02/28/18 | J | A | |
| 82. | | | | | Sold (part) | 03/16/18 | J | B | |
| 83. | | | | | Sold (part) | 04/11/18 | J | A | |
| 84. | | | | | Sold (part) | 05/24/18 | J | A | |
| 85. | | | | | Buy (add'l) | 05/29/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 07/02/18 | J | A | |
| 87. | | | | | Sold (part) | 08/10/18 | K | C | |
| 88. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 89. | | | | | Sold (part) | 09/05/18 | J | A | |
| 90. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 91. | | | | | Sold (part) | 11/08/18 | J | A | |
| 92. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 93. | | | | | Sold (part) | 12/06/18 | J | A | |
| 94. | | | | | Sold (part) | 12/26/18 | J | A | |
| 95. MFS Value R4 | D | Dividend | M | T | Sold (part) | 01/08/18 | J | A | |
| 96. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 97. | | | | | Sold (part) | 02/28/18 | J | A | |
| 98. | | | | | Sold (part) | 03/16/18 | J | A | |
| 99. | | | | | Sold (part) | 04/11/18 | J | A | |
| 100. | | | | | Sold (part) | 05/24/18 | J | A | |
| 101. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 102. | | | | | Sold (part) | 07/02/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/10/18 | K | | |
| 104. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 105. | | | | | Sold (part) | 09/05/18 | J | A | |
| 106. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 107. | | | | | Sold (part) | 11/08/18 | J | A | |
| 108. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 109. | | | | | Sold (part) | 12/06/18 | J | A | |
| 110. | | | | | Sold (part) | 12/26/18 | J | A | |
| 111. J Hancock Disciplined Val MCap I | D | Dividend | L | T | Sold (part) | 01/08/18 | J | A | |
| 112. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 113. | | | | | Sold (part) | 02/28/18 | J | A | |
| 114. | | | | | Sold (part) | 03/16/18 | J | A | |
| 115. | | | | | Sold (part) | 04/11/18 | J | A | |
| 116. | | | | | Sold (part) | 05/24/18 | J | A | |
| 117. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 118. | | | | | Sold (part) | 07/02/18 | J | A | |
| 119. | | | | | Buy (add'l) | 08/10/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 121. | | | | | Sold (part) | 09/05/18 | J | A | |
| 122. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 123. | | | | | Sold (part) | 11/08/18 | J | A | |
| 124. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 125. | | | | | Sold (part) | 12/06/18 | J | A | |
| 126. | | | | | Sold (part) | 12/26/18 | J | A | |
| 127. Vanguard Total Int'l Stock Index | B | Dividend | K | T | Sold (part) | 01/08/18 | J | A | |
| 128. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 129. | | | | | Sold (part) | 02/28/18 | J | A | |
| 130. | | | | | Sold (part) | 03/16/18 | J | A | |
| 131. | | | | | Sold (part) | 04/11/18 | J | A | |
| 132. | | | | | Sold (part) | 05/24/18 | J | A | |
| 133. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 134. | | | | | Sold (part) | 07/02/18 | J | A | |
| 135. | | | | | Sold (part) | 08/10/18 | K | C | |
| 136. | | | | | Buy (add'l) | 08/29/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/05/18 | J | A | |
| 138. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 139. | | | | | Sold (part) | 11/08/18 | J | A | |
| 140. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 141. | | | | | Sold (part) | 12/06/18 | J | A | |
| 142. | | | | | Sold (part) | 12/26/18 | J | A | |
| 143. American Balanced R6 | D | Dividend | M | T | Sold (part) | 01/08/18 | J | A | |
| 144. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 145. | | | | | Sold (part) | 02/28/18 | J | A | |
| 146. | | | | | Sold (part) | 03/16/18 | J | A | |
| 147. | | | | | Sold (part) | 04/11/18 | J | A | |
| 148. | | | | | Sold (part) | 05/24/18 | J | A | |
| 149. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 150. | | | | | Sold (part) | 07/02/18 | J | A | |
| 151. | | | | | Buy (add'l) | 08/10/18 | K | | |
| 152. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 153. | | | | | Sold (part) | 09/05/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 155. | | | | | Sold<br>(part) | 11/08/18 | J | A | |
| 156. | | | | | Buy<br>(add'l) | 11/16/18 | J | | |
| 157. | | | | | Sold<br>(part) | 12/06/18 | J | A | |
| 158. | | | | | Sold<br>(part) | 12/26/18 | J | A | |
| 159. Eagles Small Cap Growth | D | Dividend | K | T | Sold<br>(part) | 01/08/18 | J | A | |
| 160. | | | | | Buy<br>(add'l) | 02/08/18 | J | | |
| 161. | | | | | Sold<br>(part) | 02/28/18 | J | A | |
| 162. | | | | | Sold<br>(part) | 03/16/18 | J | A | |
| 163. | | | | | Sold<br>(part) | 04/11/18 | J | A | |
| 164. | | | | | Sold<br>(part) | 05/24/18 | J | A | |
| 165. | | | | | Buy<br>(add'l) | 05/29/18 | J | | |
| 166. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 167. | | | | | Buy<br>(add'l) | 08/10/18 | J | | |
| 168. | | | | | Buy<br>(add'l) | 08/29/18 | J | | |
| 169. | | | | | Sold<br>(part) | 09/05/18 | J | A | |
| 170. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 11/08/18 | J | A | |
| 172. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 173. | | | | | Sold (part) | 12/06/18 | J | A | |
| 174. | | | | | Sold (part) | 12/26/18 | J | A | |
| 175. Delaware Small Cap Value Inst'l | C | Dividend | K | T | Sold (part) | 01/08/18 | J | A | |
| 176. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 177. | | | | | Sold (part) | 02/28/18 | J | A | |
| 178. | | | | | Sold (part) | 03/16/18 | J | A | |
| 179. | | | | | Sold (part) | 04/11/18 | J | A | |
| 180. | | | | | Sold (part) | 05/24/18 | J | A | |
| 181. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 182. | | | | | Sold (part) | 07/02/18 | J | A | |
| 183. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 184. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 185. | | | | | Sold (part) | 09/05/18 | J | A | |
| 186. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 187. | | | | | Sold (part) | 11/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 189. | | | | | Sold (part) | 12/06/18 | J | A | |
| 190. | | | | | Sold (part) | 12/26/18 | J | A | |
| 191. Metropolitan West Total Return | B | Interest | J | T | Sold (part) | 01/08/18 | J | A | |
| 192. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 193. | | | | | Sold (part) | 02/28/18 | J | A | |
| 194. | | | | | Sold (part) | 03/16/18 | J | A | |
| 195. | | | | | Sold (part) | 04/11/18 | J | A | |
| 196. | | | | | Sold (part) | 05/24/18 | J | A | |
| 197. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 198. | | | | | Sold (part) | 07/02/18 | J | A | |
| 199. | | | | | Sold (part) | 08/10/18 | M | A | |
| 200. | | | | | Sold (part) | 09/05/18 | J | A | |
| 201. | | | | | Sold (part) | 11/08/18 | J | A | |
| 202. | | | | | Sold (part) | 12/06/18 | J | A | |
| 203. | | | | | Sold (part) | 12/26/18 | J | A | |
| 204. DoubleLine Total Return Bond | A | Dividend | | | Sold | 02/01/18 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. PIMCO Income Fund Inst'l Class | C | Dividend | L | T | Sold (part) | 10/01/18 | J | A | |
| 206. Dreyfus Insured Deposit Acct | A | Int./Div. | K | T | | | | | |
| 207. Advisory Research MLP & Energy | C | Dividend | K | T | Buy (add'l) | 03/22/18 | J | | |
| 208. | | | | | Sold (part) | 10/01/18 | J | A | |
| 209. Federated Strategic Value | D | Dividend | L | T | Sold (part) | 10/01/18 | J | A | |
| 210. Franklin Income Fund Advisor | C | Dividend | L | T | | | | | |
| 211. Mainstay High Yield Corporate Bond | A | Dividend | | | Sold | 02/01/18 | L | A | |
| 212. Pacific Funds Floating Rate | A | Dividend | | | Sold | 02/01/18 | L | A | |
| 213. Barrings Global Credit Income Fund | B | Dividend | K | T | Buy | 02/01/18 | J | | |
| 214. | | | | | Buy (add'l) | 03/22/18 | K | | |
| 215. | | | | | Sold (part) | 10/01/18 | J | A | |
| 216. Stone Ridge Alternative Funding | C | Dividend | L | T | Sold (part) | 03/20/18 | K | A | |
| 217. | | | | | Sold (part) | 12/11/18 | J | A | |
| 218. Blackrock Global Dividend | C | Dividend | L | T | Buy | 02/01/18 | L | | |
| 219. Thornburg Investment Income | C | Dividend | L | T | Sold (part) | 02/01/18 | K | C | |
| 220. Versus Capital Multi-Manager | C | Dividend | L | T | Sold (part) | 04/20/18 | K | A | |
| 221. | | | | | Sold (part) | 10/19/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 20

Name of Person Reporting

Flanagan, Louise W.

Date of Report

05/09/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. JP Morgan Global Bond Opportunity | B | Dividend | K | T | Buy | 02/01/18 | K | | |
| 223. JP Morgan Income Builder | C | Dividend | L | T | Buy | 02/01/18 | L | | |
| 224. | | | | | Sold (part) | 10/01/18 | J | A | |
| 225. PIMCO Flexible Credit Income Fund | C | Dividend | K | T | Buy | 02/02/18 | K | | |
| 226. PGIM Total Return Bond Fund | C | Dividend | L | T | Buy | 02/01/18 | L | | |
| 227. | | | | | Buy (add'l) | 04/27/18 | K | | |
| 228. | | | | | Sold (part) | 10/01/18 | K | A | |
| 229. Ishares TR Select Divid ETF | | None | | | Sold | 02/01/18 | K | C | |
| 230. Eagle Mid-Cap Growth | C | Dividend | L | T | | | | | |
| 231. First Eagle Global Fund Class I | D | Dividend | L | T | | | | | |
| 232. Fundamental Investors Class | D | Dividend | L | T | | | | | |
| 233. JP Morgan Small-Cap Equity | B | Dividend | K | T | | | | | |
| 234. Alger Spectra Fund Class Z (formerly Alger Spectra Fund Class I) | C | Dividend | K | T | | | | | |
| 235. Federated Strategic Value | D | Dividend | L | T | | | | | |
| 236. MFS Mid-Cap Value Fund Class I | C | Dividend | K | T | | | | | |
| 237. ISHARES TR Core S&P Mid-Cap | B | Dividend | M | T | | | | | |
| 238. ISHARES TR Core S&P Small-Cap | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. SPDR S&P 500 ETF TR Unit | B | Dividend | M | T | | | | | |
| 240. Dreyfus Insured Deposit Acct | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Louise W. Flanagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544